IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**KEITH QUAGLIARELLO,** : CIVIL NO. 1:CV-10-1850
: 
Petitioner : (Judge Rambo)
:
v. : (Magistrate Judge Blewitt)
:
**WILLIAM SCISM, WARDEN,** :
:
Respondent :

# O R D E R

Before the court is a November 18, 2010 report of the magistrate judge to whom this matter was referred in which he recommends that the petition for writ of habeas corpus be dismissed for failure to exhaust administrative remedies or, alternatively, be dismissed on the merits. No objections to the report and recommendation have been filed.[1]

Upon review of the record before the court and the applicable law, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Blewitt.

2) The captioned action is dismissed for failure to exhaust administrative remedies.

3) The Clerk of Court shall close the file.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: December 27, 2010.

---

[1] Objections to the report and recommendation were due no later than December 7, 2010.